DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WOLFIE S. SIMONE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1504
_____

July 10, 2024

Appeal from the County Court for Pinellas County; Diane Croff, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.